

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA     '07 MJ 8848

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.: |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 21 U.S.C. § 952 and 960 |
| Victor GUZMAN-Gonzalez ) | Importation of a Controlled Substance (Felony) |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

That on or about October 14, 2007 within the Southern District of California, defendant Victor GUZMAN-Gonzalez, did knowingly and intentionally import approximately 62.92 kilograms (138.42 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Stewart Harvey
Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 15th DAY OF OCTOBER 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Victor GUZMAN-Gonzalez

STATEMENT OF FACTS

On October 14, 2007, at approximately 1104 hours Victor GUZMAN-Gonzalez and Yesenia Guzman-Gonzalez entered the United States through the Calexico, CA East Port of Entry. GUZMAN was the driver and Yesenia Guzman-Gonzalez the passenger of a 1995 Chevrolet Silverado bearing Baja California, Mexico license plate AL55188.

Primary Customs and Border Protection Officer (CBPO) Brambila received a negative Customs declaration from GUZMAN and Yesenia. When asked where he was going, GUZMAN said they were going to Wal-Mart. When asked who owned the vehicle, GUZMAN stated he has owned the vehicle for approximately three months, but stated it was not registered in his name. When asked who he bought the vehicle from, GUZMAN stated he bought the vehicle from a friend. CBPO Brambila then requested the registration for the vehicle. GUZMAN gave CBPO Brambila a Mexican registration, which had Ramon Morales-Castro as the registered owner of the vehicle. CBPO Brambila then began to inspect the vehicle. CBPO Brambila noticed the spare tire of the vehicle did not match with the other tires on the vehicle. CBPO Brambila then tapped the vehicle's spare tire and noticed it was solid. CBPO Brambila also noticed excessive mud underneath the carriage and fuel tank of the vehicle. CBPO Brambila then referred GUZMAN, Yesenia, and the vehicle to the vehicle secondary lot for further inspection.

While at the vehicle secondary inspection lot, CBPO Montgomery received a negative Customs declaration from GUZMAN. When asked where he was going, GUZMAN stated Wal-Mart in Calexico, California. CBPO Montgomery then asked GUZMAN who his passenger was and GUZMAN said Yesenia was his sister. When asked who owned the vehicle, GUZMAN stated he

1  owned the vehicle, but that he did not have enough money to change the registration into his name.
2  CBPO Montgomery then noticed the secondary referral slip stated the spare tire was solid. CBPO
3  Montgomery then began to tap the spare tire and noticed it was "extremely solid." CBPO
4  Montgomery then escorted GUZMAN and Yesenia to the vehicle secondary office for patdowns,
5  
6  which resulted in negative results. Upon returning to the vehicle, CBPO Montgomery asked CBP
7  Canine Enforcement Officer (CEO) Gonzalez to utilize his Human-Narcotic Detector Dogg (HNDD)
8  on the vehicle. CEO Gonzalez's HNDD alerted to the quarter panel of the vehicle.
9        Upon further inspection of the vehicle, CBPO Montgomery discovered forty-six (46)
10 packages containing a green-leafy substance, which field-tested positive for marijuana. Eleven (11)
11 
12 packages were removed from the spare tire, two (2) packages were located in the drivers side quarter
13 panel, tow (2) packages were located in the passenger's side quarter panel, and thirty-one (31)
14 packages were removed from a specially built compartment located underneath the back bench seat.
15 All packages were wrapped in clear cellophane and brown plastic packaging tape. A total of 62.92
16 
17 kilograms (138.42 pounds) of marijuana were concealed in the spare tire, drivers and passengers side
18 quarter panel and a specially built compartment underneath the back seat of the vehicle.
19       GUZMAN was arrested in violation of 21 U.S.C. § 952 & 960, Importation of a Controlled
20 Substance. GUZMAN admitted knowledge to the marijuana discovered in the vehicle. GUZMAN
21 stated he was going to be paid one thousand dollars ($1,000.00) to smuggle marijuana. GUZMAN
22 
23 stated he was smuggling marijuana to help his wife pay for a surgery. GUZMAN stated he knew it
24 was illegal to smuggle marijuana. GUZMAN was then transported to the Imperial County Jail for
25 processing. Prosecution was declined on Yesenia Guzman-Gonzalez. Yesenia was released without
26 further incident.
27
28