AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| VICTOR GUZMAN-GONZALEZ | CASE NUMBER: 07CR 3035 DMS |

I, VICTOR GUZMAN-GONZALEZ, the above-named defendant, who is accused of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 11-8-07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Victor Guzman_
Defendant

_[signature]_
Defense Counsel

Before _[signature]_
Judicial Officer

**FILED**
NOV - 8 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _CF_ DEPUTY