1  CHARLES N. GUTHRIE, ESQ. (SBN 76644)
2  121 Broadway, Suite 531
   San Diego, California  92101
3  Tel. (619) 230-8598/Fax (619) 230-0017

4

5

6
                    **UNITED STATES DISTRICT COURT**
7                  **SOUTHERN DISTRICT OF CALIFORNIA**
                       **HON. DANA M. SABRAW**
8
                                        )
9  UNITED STATES OF AMERICA             )    07 CR 3035 - DMS
                                        )
10         Plaintiff,                   )    **MOTION FOR ORDER LEAVE TO**
       vs.                              )    **FILE SENTENCE MEMORANDUM**
11                                      )    **AND MOTION DOWNWARD**
                                        )    **ADJUSTMENT MINIMAL ROLE/**
12                                      )    **MOTION DOWNWARD**
   VICTOR GUZMAN-GONZALEZ,              )    **DEPARTURE ABERRANT**
13                                      )    **BEHAVIOR/ SENTENCE**
                                        )    **MEMORANDUM**
14                                      )
15         Defendant.                   )
                                        )
16                                      )    Date:  02/15/08
                                        )    Time:  09:00 a.m.
17                                      )    Dept:  Hon. Dana M. Sabraw
                                        )
18 ─────────────────────────────────────)

19

20 TO:    KAREN P. HEWITT,  UNITED STATES ATTORNEY, AND HER DESIGNATED

21 ASSISTANT: AUSA MICHELLE PETTIT.

22
                              MOTION
23

24     Defendant, Victor Guzman-Gonzalez is set for sentencing on February 15, 2008,

25 at 9:00 a.m., before the Honorable Judge Dana M. Sabraw and this motion moves the

26 court to shorten time for the flings of his sentence motions no later than February 13,

27 2008.
28

                                                                    07 CR 3035

DECLARATION IN SUPPORT OF ORDER

My name is Charles N. Guthrie and I am the court appointed CJA attorney for Victor Guzman-Gonzalez. I have been in involved in the preparation for a homicide case as well as preparing for three other very serious felony cases which require extensive reading and preparation. I have discussed Mr. Guzman-Gonzalez's cases with AUSA Michelle Pettit regarding his eligibility for Safety Valve and do not believe these motions will be objected to.

I declare/ certify the above true under penalty of perjury executed this October 13, 2008, in the City of San Diego, State of California.


S/ Charles N. Guthrie
Charles N. Guthrie

ARGUMENT

The proposed sentence memorandum and sentence summary chart, Motion for Downward Departure Aberrant Behavior, and Downward Adjustment Minimal Role motions will not prejudice the prosecution in that there are no new or novel issues presented in them and their purpose is to explain some of the circumstances in defendant's life to allow a fair sentence. The court is moved to allow defendant file his sentence motions no later than Wednesday, February 13, 2008.

Respectfully submitted,

October 13, 2007
s/Charles N. Guthrie_____
Charles N. Guthrie, Atty at Law