Charles N. Guthrie (SBN 76644)
Attorney at Law
121 Broadway, # 531
San Diego, California 92101
Tel: 619-230-8598
Attorney for Defendant

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 07 CR 3035 DMS |
| ) | |
| Plaintiff, ) | |
| ) | DECLARATION SERVICE OF SENTENCE |
| v. ) | MEMORANDUM/ MOTION DOWNWARD |
| ) | ADJUSTMENT MINIMAL ROLE AND |
| YOLANDA GONZALEZ-MENDOZA ) | P0INTS & AUTHORITIES/ MOTION |
| ) | DOWNWARD DEPARTURE ABERRANT |
| Defendant. ) | BEHAVIOR/ MOTION LEAVE TO FILE |
| _____ ) | MOTIONS LATE |

**DECLARATION OF SERVICE:**   My name is Charles N. Guthrie and I declare that on February 13, 2008, I filed by the electronic filing system the following documents:

"Sentence Memorandum," Motion and Points & Authorities Downward Departure Aberrant Behavior," and "Motion and Points & Authorities Downward Adjustment Minimal Role," and "Motion Leave to File Motions Late".

with the United States District Court of the Southern District of California and thereby electronically served Michelle Pettit, AUSA, 880 Front Street, Rm. 6293, San Diego, California.

I declare/ certify the above true under penalty of perjury this February 13, 2008, executed in the City of San Diego, State of California.

S/Charles N. Guthrie
Charles N. Guthrie, Atty at Law