UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
HON. DANA M. SABRAW

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> VICTOR GUZMAN-GONZALEZ, <br><br> Defendant. | 07 CR 3035 - DMS <br><br> **O R D E R** <br><br> **LEAVE TO FILE SENTENCE MOTIONS LATE** <br><br> Date: 02/15/08 <br> Time: 09:00 a.m. <br> Dept: Hon. Dana M. Sabraw |

THERE BEING GOOD CAUSE:

DEFENDANT VICTOR GUZMAN-GONZALEZ IS ORDERED TO FILE NO LATER THAN FEBRUARY 13, 2008, HIS SENTENCE MEMORANDUM, MOTION DOWNWARD ADJUSTMENT FOR MINIMAL ROLE, MOTION DOWNWARD DEPARTURE MOTION FOR ABERRANT BEHAVIOR, AND SENTENCE SUMMARY CHART.

DATE: 2-14-08

_____
United States District Court Judge

07 CR 3035